# EXHIBIT A



**BrokerCheck Report**

# ROBERT TANNENBAUM

CRD# 5507943

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Broker Qualifications | 2 - 4 |
| Registration and Employment History | 5 - 7 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
  - BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
  - Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
  - The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
  - Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
  - To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
  - FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at
brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

**ROBERT TANNENBAUM**
CRD# 5507943

**Currently employed by and registered with the following Firm(s):**

**UBS FINANCIAL SERVICES INC.**
ASHLEY TOWER
100 S. ASHLEY DR.
TAMPA, FL  33602
CRD# 8174
Registered with this firm since: 08/22/2016

## Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

### Broker Qualifications

**This broker is registered with:**
- 9 Self-Regulatory Organizations
- 7 U.S. states and territories

**This broker has passed:**
- 0 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

### Registration History

**This broker was previously registered with the following securities firm(s):**

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
TAMPA, FL
04/2010 - 08/2016

**MORGAN STANLEY SMITH BARNEY**
CRD# 149777
TAMPA, FL
06/2009 - 04/2010

**MORGAN STANLEY & CO. INCORPORATED**
CRD# 8209
TAMPA, FL
05/2008 - 06/2009

### Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   **No**

### Investment Adviser Representative Information

The information below represents the individual's record as a broker. For details on this individual's record as an investment adviser representative, visit the SEC's Investment Adviser Public Disclosure website at
https://www.adviserinfo.sec.gov

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 9 SROs and is licensed in 7 U.S. states and territories through his or her employer.**

## Employment 1 of 1

| | |
|---|---|
| Firm Name: | **UBS FINANCIAL SERVICES INC.** |
| Main Office Address: | **1200 HARBOR BOULEVARD** <br> **WEEHAWKEN, NJ  07086** |
| Firm CRD#: | **8174** |

| SRO | Category | Status | Date |
|---|---|---|---|
| FINRA | General Securities Representative | APPROVED | 08/22/2016 |
| BOX Options Exchange LLC | General Securities Representative | APPROVED | 08/22/2016 |
| Cboe Exchange, Inc. | General Securities Representative | APPROVED | 08/22/2016 |
| NYSE American LLC | General Securities Representative | APPROVED | 08/22/2016 |
| NYSE Arca, Inc. | General Securities Representative | APPROVED | 08/22/2016 |
| Nasdaq ISE, LLC | General Securities Representative | APPROVED | 08/22/2016 |
| Nasdaq PHLX LLC | General Securities Representative | APPROVED | 08/22/2016 |
| Nasdaq Stock Market | General Securities Representative | APPROVED | 08/22/2016 |
| New York Stock Exchange | General Securities Representative | APPROVED | 08/22/2016 |

| U.S. State/Territory | Category | Status | Date | U.S. State/Territory | Category | Status | Date |
|---|---|---|---|---|---|---|---|
| California | Agent | APPROVED | 08/22/2016 | New York | Agent | APPROVED | 08/22/2016 |
| Colorado | Agent | APPROVED | 08/22/2016 | | | | |
| Florida | Agent | APPROVED | 08/22/2016 | | | | |
| Georgia | Agent | APPROVED | 08/22/2016 | | | | |
| Illinois | Agent | APPROVED | 08/22/2016 | | | | |
| New Jersey | Agent | APPROVED | 08/22/2016 | | | | |



## Employment 1 of 1, continued

### Branch Office Locations

**UBS FINANCIAL SERVICES INC.**
ASHLEY TOWER
100 S. ASHLEY DR.
TAMPA, FL  33602

---

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 0 principal/supervisory exams, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| General Securities Representative Examination | Series 7 | 05/28/2008 |
| Futures Managed Funds Examination | Series 31 | 07/11/2008 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| Uniform Combined State Law Examination | Series 66 | 06/20/2008 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 04/2010 - 08/2016 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | TAMPA, FL |
| 06/2009 - 04/2010 | MORGAN STANLEY SMITH BARNEY | 149777 | TAMPA, FL |
| 05/2008 - 06/2009 | MORGAN STANLEY & CO. INCORPORATED | 8209 | TAMPA, FL |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 08/2016 - Present | UBS FINANCIAL SERVICES INC | TAMPA, FL |
| 07/2010 - 08/2016 | BANK OF AMERICA, N.A. | TAMPA, FL |
| 04/2010 - 08/2016 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TAMPA, FL |
| 03/2008 - 04/2010 | MORGAN STANLEY SMITH BARNEY | TAMPA, FL |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

I*34717
FOR PROFIT OR NOT FOR PROFIT: FOR-PROFIT ORGANIZATION
NAME OF OUTSIDE BUSINESS ORGANIZATION: TANNENBAUM FAMILY LIMITED PARTNERSHIP LLP
INVESTMENT RELATED: Y
ADDRESS OF BUSINESS:
TAMPA, FLORIDA 33629
NATURE OF BUSINESS: LIMITED PARTNERSHIP,
POSITION, TITLE, ASSOCIATION: GENERAL PARTNER,
START DATE OF RELATIONSHIP: 12:00:00 AM

Registration and Employment History



## Other Business Activities, continued

NUMBER OF HOURS DEVOTED: 10 HOUR(S) MONTHLY
NUMBER OF HOURS DEVOTED DURING TRADING HOURS: 10
DUTIES: PERSONAL FIDUCIARY ROLE


SPECIALIZED HOLDINGS-DIRECTOR-BEGAN IN 2002- 0 HOURS DURING WORK HOURS, 2 HOURS PER MONTH OUTSIDE WORK HOURS

DELUXE 9 LLC, 5118 WEST POE AVENUE, PASSIVE INVESTMENT, TITLE: MEMBER. INCORPARTION DATE OF 08/2006 IN FLORIDA. PRIVATE COMPANY, HOLD 100 SHARES @ 33%. STARTED IN 08/2008 NO OUTSIDE OFFICE HOURS.

CITIZENS HEALTH CENTER,TAMPA, FLORIDA 33607- MULTIDISCIPLINARY MEDICAL PRACTICE-OWNER-PASSIVE INVESTMENT NOT INVOLVED IN THE DAY TO DAY OPERATIONS


FOR PROFIT OR NOT FOR PROFIT: FOR-PROFIT ORGANIZATION
NAME OF OUTSIDE BUSINESS ORGANIZATION: DREAM CARS FOR BEANS LLC
INVESTMENT RELATED: Y
ADDRESS OF BUSINESS:
TAMPA, FLORIDA 33629
NATURE OF BUSINESS: LLC,
POSITION, TITLE, ASSOCIATION: GENERAL PARTNER,
START DATE OF RELATIONSHIP: 11/28/2013
NUMBER OF HOURS DEVOTED: 15 HOUR(S) MONTHLY
NUMBER OF HOURS DEVOTED DURING TRADING HOURS: 0
DUTIES: COLLECTING ANTIQUE CARS GOING TO SHOWS AUCTIONS ETC.

FOR PROFIT OR NOT FOR PROFIT: FOR-PROFIT
NAME OF OUTSIDE BUSINESS ORGANIZATION: TECHNICAL MEDICAL SPECIALISTS LLC
INVESTMENT RELATED: Y
ADDRESS OF BUSINESS: TAMPA, FL 33606
NATURE OF BUSINESS: LLC
POSITION, TITLE, ASSOCIATION:  OWNER
START DATE OF RELATIONSHIP: 11/22/2010
NUMBER OF HOURS DEVOTED PER MONTH:  2 HRS
NUMBER OF HOURS DEVOTED DURING SECURITIES TRADING HOURS: NONE
DUTIES:  NONE, INVESTOR ONLY WILL REVIEW FINANCIAL STATEMENTS MONTHLY

I*79136
FOR PROFIT OR NOT FOR PROFIT: FOR-PROFIT ORGANIZATION
NAME OF OUTSIDE BUSINESS ORGANIZATION: BUFFALO COMPLEX LLC
INVESTMENT RELATED: N

www.finra.org/brokercheck   Case 8:18-cv-00487-VMC-CPT   Document 11-2   Filed 04/23/18   Page 10 of 11 PageID 103   User Guidance

**Registration and Employment History**



## Other Business Activities, continued

ADDRESS OF BUSINESS:
TAMPA, FLORIDA 33629
NATURE OF BUSINESS: LLC,
POSITION, TITLE, ASSOCIATION: OWNER,
START DATE OF RELATIONSHIP: 12/1/2010
NUMBER OF HOURS DEVOTED: 10 HOUR(S) ANNUALLY
NUMBER OF HOURS DEVOTED DURING TRADING HOURS: 0
DUTIES: INVESTOR OWN PROPERTY 100 PER CENT/buffalo complex llc / 5118 west poe av tampa,fl 33629 / Other/ Real Estate  / rental property / Officer /  / collect rent and oversee property / Start Date 3/1/2016/ LLC  /

www.finra.org/brokercheck

User Guidance

**End of Report**



**This page is intentionally left blank.**

©2018 FINRA. All rights reserved. Report about ROBERT TANNENBAUM.