# EXHIBIT B



View FINRA BrokerCheck information ▶

Account login ▼

# Robert Tannenbaum

**Home** | My experience | My team | Advice. Beyond investing. | Contact me

## Driven by your life's goals
### Holistic wealth management



### Robert Tannenbaum

Vice President - Wealth Management
Wealth Advisor
Portfolio Manager

📞 813-202-1025
813-833-8691

📞 855-397-6267

✉ robert.tannenbaum@ubs.com

🔗 Connect with me on LinkedIn

📍 100 South Ashley Drive
Suite 1800
Tampa, FL 33602

As one of the UBS Financial Advisors who was nominated to attend the UBS Wealth Advisor program and who earned this prestigious designation, I am qualified to help provide highly personalized wealth management services to you.

Wealth management is more than just access to the wide range of financial services and solutions–it is how those services and solutions are tailored to help you achieve your personal financial goals and dreams. Talk to me about how I can leverage my experience to help you embrace your financial future.

## My perspectives

- Corporate profile
- Lending solutions circular
- UBS Mortgage Login
- Inherited an IRA? Know the rules to avoid penalties.
- IRA opportunities at UBS
- IRAs: The basics and the benefits
- Retirement and insurance questionnaire
- Retirement, insurance and estate planning questionnaire
- 2017 tax planning guide

## Insights





**Get a clearer view of your wealth.** With My Total Picture, you'll be able to see your financial information all at the same time.

**Making a Difference.** Help clients integrate their personal passions into investments.



| Using debt for wealth planning | Building an investment plan | The century club: the rising prospect of living ten decades | Can you take the emotion out of investing? |

Terms of use  |  Privacy statement  |  Additional legal information  |  Report fraudulent mail

Products and services mentioned on these web pages may not be available for residents of certain nations. Please consult the sales restrictions relating to the service in question for further information. http://www.ubs.com

As a firm providing wealth management services to clients, UBS Financial Services Inc. offers both investment advisory services and brokerage services. Investment advisory services and brokerage services are separate and distinct, differ in material ways and are governed by different laws and separate arrangements. It is important that clients understand the ways in which we conduct business and that they carefully read the agreements and disclosures that we provide to them about the products or services we offer. For more information visit our website at ubs.com/workingwithus

© UBS 1998-2018. All rights reserved.

Wealth management services in the United States are provided by UBS Financial Services Inc., a registered broker-dealer offering securities, trading, brokerage and related products and services. Member SIPC. Member FINRA. UBS Financial Services Inc. is also registered as a Futures Commission Merchant (FCM) with the U.S. Commodity Futures Trading Commission (CFTC) and offers brokerage services related to the execution and clearing of on-exchange futures and options on futures products. Member NFA

Accolades are independently determined and awarded by their respective publication. For more information on a particular rating, visit their corresponding website. Neither UBS Financial Services Inc. nor its employees pay a fee in exchange for these ratings. Accolades can be based on a variety of criteria including length of service, compliance records, client satisfaction, assets under management, revenue, type of clientele and more.

Notice for Non-U.S. Investors. Notice for Non-Puerto Rico Investor. Order Routing Disclosure. Statement of Financial Condition. Statement of Financial Condition- UBS FSI of Puerto Rico. Best Execution Statement. Loan Disclosure Statement. Account Sweep Yields. Advisory & Brokerage Services. CFP Board's Trademark Disclaimer. Important Information About Auction Rate Securities (Not for Puerto Rico). Futures Commission Merchant (FCM) Information for UBS Financial Services Inc.