IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROBERT TANNENBAUM,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERIES, LLC,<br><br>    Defendant. | Case No.: 8:18-cv-00487-EAK-CPT |

## DECLARATION OF SCOTT S. BALBER

Pursuant to 28 U.S.C. § 1746, I, Scott S. Balber, hereby declare as follows:

1.    I am a partner of Herbert Smith Freehills New York LLC, attorneys for defendant Jefferies LLC ("Jefferies") in the above-captioned action. I have been admitted *pro hac vice* in this action.

2.    I respectfully submit this declaration in support of Jefferies' Motion to Dismiss the Complaint.

3.    Attached hereto as Exhibit A is a true and correct copy of the online FINRA BrokerCheck report for Plaintiff Robert Tannenbaum ("Plaintiff"), last accessed April 23, 2018.

4.    Attached hereto as Exhibit B is a true and correct copy of Plaintiff's publicly available UBS Financial Services Inc. online employee profile page, last accessed April 23, 2018.

5. Attached hereto as Exhibit C is a true and correct copy of the October 2011 Private Placement Memorandum for the private offering of Series B Convertible Preferred Stock by Palmaz Scientific, Inc. ("Palmaz").

6. Attached hereto as Exhibit D is a true and correct copy of the Palmaz Subscription Agreement executed on January 26, 2012, pursuant to which Plaintiff purchased his Palmaz shares, with certain personal information of Plaintiff redacted for privacy.

7. Attached hereto as Exhibit E is a true and correct copy of the court's order (ECF No. 56), filed on February 15, 2018, resolving defendants' motion to dismiss the second amended consolidated complaint in the pending action captioned *Kelly v. Jefferies Group, Inc., et al.* Case No. 1:17-cv-2432 (ALC) (S.D.N.Y.).

8. Attached hereto as Exhibit F is a true and correct copy of certain correspondence from Plaintiff's counsel to Jefferies, dated June 18, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 23, 2018
              New York, New York

Scott S. Balber

2