# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ROBERT TANNENBAUM, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No.: 8:18-cv-00487-EAK-CPT |
| v. | ) ) |
| JEFFERIES, LLC, | ) ) |
| Defendant. | ) ) |

## JEFFERIES LLC'S STATEMENT OF LLC MEMBERSHIP INTERESTS

Pursuant to the Court's Order dated May 14, 2019 (ECF No. 34), the undersigned counsel for Jefferies LLC respectfully informs the Court that as of February 28, 2018, Jefferies LLC was a limited liability company organized under the laws of Delaware, whose sole member was Jefferies Group LLC, a Delaware limited liability company. At that time, the sole member of Jefferies Group LLC was Jefferies Financial Group Inc., a New York corporation with its principal place of business in New York.

*[Remainder of Page Intentionally Blank – Signature Page Follows]*

Dated: May 20, 2019                                 Respectfully submitted,

 /s/ Scott S. Balber                                 /s/ John F. Lauro
SCOTT S. BALBER – **Trial Counsel**       JOHN F. LAURO – **Local Counsel**
*Admitted Pro Hac Vice*                             Florida Bar No. 0794074
scott.balber@hsf.com                                jlauro@laurolawfirm.com
HERBERT SMITH FREEHILLS                             MICHAEL G. CALIFANO – **Local Counsel**
NEW YORK LLP                                        Florida Bar No. 68400
450 Lexington Avenue, 14th Floor                    mcalifano@laurolawfirm.com
New York, NY 10017                                  LAURO LAW FIRM
T: 917-542-7600                                     101 East Kennedy Boulevard, Suite 3100
                                                    Tampa, Florida 33602
*Attorneys for Defendant Jefferies LLC*             T: 813-222-8990
                                                    F: 813-222-8991

                                                    *Attorneys for Defendant Jefferies LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 20th day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will serve a notice of electronic filing to all counsel of record.

                                                     /s/ John F. Lauro
                                                    John F. Lauro